# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2981

_____

LeRoy Bear Robe                               *
                                              *
              Appellant,                      *
                                              *    Appeal from the United States
        v.                                    *    District Court for the District
                                              *    of Nebraska.
Alliance City Schools; Mark Monroe;           *
Wayne Flood; Ed Garneaux; Susan               *         [UNPUBLISHED]
Schrader; Russel Zephier,                     *
                                              *
              Appellees.                      *

_____

Submitted:  May 15, 2000

Filed: May 25, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

LeRoy Bear Robe appeals the district court's 28 U.S.C. § 1915(e)(2)(B)(ii) dismissal of his civil complaint. After a review of the record and Bear Robe's brief, we agree he failed to state a claim for the reasons set forth in the magistrate judge's report and adopted by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.